**ATTACHMENT A**

# NOTICE OF APPEAL

## United States District Court

Northern District of New York

Caption:
United States v.

Jonathan Cuney

Docket No.: 1:21-CR-00212-FJS
Frederick J. Scullin, Jr
(District Court Judge)

Notice is hereby given that Jonathan Cuney appeals to the United States Court of Appeals for the Second Circuit from the judgment [✔], other [ ] _____ (specify)
entered in this action on December 3, 2021.
(date)

This appeal concerns: Conviction only [ ]  Sentence only [✔]  Conviction & Sentence [ ]  Other [ ]
Defendant found guilty by plea [✔] | trial [ ] | N/A [ ]
Offense occurred after November 1, 1987? Yes [✔]  No [ ]  N/A [ ]
Date of sentence: December 2, 2021  N/A [ ]
Bail/Jail Disposition: Committed [✔]  Not committed [ ]  N/A [ ]

Appellant is represented by counsel? Yes [✔] | No [ ]  If yes, provide the following information:

Defendant's Counsel: John L. Calcagni III, Esq.
Counsel's Address: 72 Clifford Street, Suite 300
Providence, RI 02903
Counsel's Phone: 401-351-5100

Assistant U.S. Attorney: Michael S. Barnett
AUSA's Address: 445 Broadway, Room 218
Albany, NY 12207
AUSA's Phone: 518-431-0247

Signature